THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for Washington Mutual Bank,<br><br>  Plaintiff,<br><br>v.<br><br>ARCH INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and LLOYD'S SYNDICATE NOS. 2987, 2000 and 382 and WUERTTEMBERGISCHE VERSICHERUNG A.G. 202388900007 as subscribers to the LLOYD'S POLICY and the COMPANIES INSURANCE POLICY NO. 509/QA015607,<br><br>  Defendants. | No. 2:14-cv-00545-RSL<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF FEDERAL DEPOSIT INSURANCE CORPORATION'S MOTION FOR LEAVE TO FILE A TEN PAGE REPLY BRIEF IN SUPPORT OF ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS |

THIS MATTER having come before the Court on Plaintiff Federal Deposit Insurance Corporation's Motion for Leave to File a Ten Page Reply Brief in Support of Its Motion to Compel Production of Documents (the "Motion"); the Court having reviewed the Motion; and having reviewed the records and files herein, and being fully advised, NOW, THEREFORE,

IT IS HEREBY ORDERED, that Plaintiff Federal Deposit Insurance Corporation's

*Order Granting Plaintiff's Motion for Leave to File a Ten Page Reply Brief in Support of Its Motion to Compel Production of Documents - (2:14-cv-00545-RSL) - 1*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Tel: (206) 623-1745 Fax: (206) 623-7789

Motion for Leave to File a Ten Page Reply Brief in Support of Its Motion to Compel Production of Documents is GRANTED.

Plaintiff is granted leave to file a reply brief containing four additional pages, or ten pages in total

DONE this 19th day of January, 2017.

*/s/ Robert S. Lasnik*

THE HONORABLE ROBERT S. LASNIK
U.S. DISTRICT COURT JUDGE

**PRESENTED BY:**

HILLIS CLARK MARTIN & PETERSON P.S.

By   s/ Michael R. Scott
       Michael R. Scott, WSBA #12822
       Jake Ewart, WSBA #38655
       Hillis Clark Martin & Peterson P.S.
       999 Third Avenue, Suite 4600
       Seattle, Washington 98104
       Tel: (206) 623-1745 Fax: (206) 623-7789
       Email: michael.scott@hcmp.com;
                jake.ewart@hcmp.com

REED SMITH LLP
(*Admitted pro hac vice*)
       Barry S. Rosen
       Duane F. Sigelko
       Denise M. Ware
       Joseph B. Prater
       Reed Smith LLP
       10 South Wacker Drive, Suite 4000
       Chicago IL 60606
       Tel: (312) 207-1000 Fax: (312) 207-6400
       Email: brosen@reedsmith.com;
                dsigelko@reedsmith.com;
                dware@reedsmith.com;
                jprater@reedsmith.com

Attorneys for Plaintiff
Federal Deposit Insurance Corporation as Receiver
for Washington Mutual Bank

*Order Granting Plaintiff's Motion for Leave to File a Ten Page Reply Brief in Support of Its Motion to Compel Production of Documents -
(2:14-cv-00545-RSL) - 2*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Tel: (206) 623-1745 Fax: (206) 623-7789