THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for Washington Mutual Bank,<br><br>Plaintiff,<br><br>v.<br><br>ARCH INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and LLOYD'S SYNDICATE NOS. 2987, 2000 and 382 and WUERTTEMBERGISCHE VERSICHERUNG A.G. 202388900007 as subscribers to the LLOYD'S POLICY and the COMPANIES INSURANCE POLICY NO. 509/QA015607,<br><br>Defendants. | No. 2:14-cv-00545-RSL<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR:**<br>**Monday, January 23, 2017** |

**STIPULATED MOTIOIN**

The parties to this action, by and through their undersigned counsel, stipulate and jointly move to modify the pretrial deadlines highlighted in yellow below. The proposed modifications impact only dates by which the parties must complete their fact and expert discovery.[1] The proposed modification of these dates is requested by the parties' in light of

---

[1] The motion date set by LCR 7(d) or LCR 37(a)(2), which is keyed to the close of discovery, is also proposed to be modified because of the modification to the discovery completion date.

*Stipulation and Order Modifying Case Schedule - (2:14-cv-00545-RSL) - 1*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Tel: (206) 623-1745 Fax: (206) 623-7789

their mutual desire to allow time for review of a substantial number of recently produced documents and for all parties to complete document production to the greatest extent possible prior to taking depositions of the many third party witnesses who are involved in the case, some of whom are located overseas and all of whom, the parties believe, should only be deposed once. To accommodate this desire, the parties propose to move back by approximately one month each of the prior dates set by the Court for completion of fact and expert discovery, as noted below. The modification of these deadlines shall not affect any subsequent pretrial dates, including the prior court-ordered deadlines for conducting a settlement conference, filing dispositive motions, submission of an agreed pretrial order, pretrial conference, trial briefs and related documents, and the trial date.

| Event | Date |
|---|---|
| The Parties disclose to each other the subject matter that each intended expert witness will address, either in their case in chief or on rebuttal | March 1, 2017 |
| The Parties disclose to each other whether, in light of any opposing Parties' disclosure, they intend to offer an expert witness on the same subject, either in their case in chief or on rebuttal | April 1, 2017 |
| Deadline for amending pleadings | April 9, 2017 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2) | May 26, 2017 |
| Fact Discovery completed by | June 1, 2017 |
| Disclosure and Reports from expert witnesses under FRCP 26(a)(2) due | June 15, 2017 |
| Disclosure and Reports of Rebuttal Experts | July 10, 2017 |
| Expert discovery completed by | August 4, 2017 |
| Settlement conference held no later than | August 11, 2017 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3)) | August 17, 2017 |

*Stipulation and Order Modifying Case Schedule -*
*(2:14-cv-00545-RSL) - 2*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Tel: (206) 623-1745 Fax: (206) 623-7789

| Event | Date |
|---|---|
| Agreed pretrial order due | October 20, 2017 |
| Pretrial conference to be scheduled by Court | |
| Trial briefs, proposed voir dire questions, proposed jury instructions, trial exhibits, witness lists and motions in limine due | November 1, 2017 |
| Jury Trial Length of Trial: 10-15 days | November 6, 2017 |

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED this 23rd day of January, 2017.

HILLIS CLARK MARTIN & PETERSON P.S.

By   s/ Michael R. Scott
   Michael R. Scott, WSBA #12822
   Jake Ewart, WSBA #38655

REED SMITH LLP
   Barry S. Rosen
   Duane F. Sigelko
   Denise M. Ware
Attorneys for Plaintiff Federal Deposit Insurance Corporation

CLYDE & CO US LLP

By   s/ Alec H. Boyd
   Alec H. Boyd (Admitted *pro hac vice*)
   Kim W. West

BETTS PATTERSON & MINES, P.S.
   Matthew Munson, WSBA No. 32019
Attorneys for Defendant Arch Insurance Company

LANE POWELL PC

By   s/ Everett W. Jack, Jr.
   Everett W. Jack, Jr., WSBA No. 47076
   Steven P. Caplow, WSBA No. 19843
Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, PA

SEDGWICK LLP

By   s/ Robert A. Meyers
   Robert A. Meyers, WSBA No. 24846
   Eugene V. Elsbree III
Attorneys for Defendants Certain Underwriters at Lloyd's, London and Wuerttembergische Versicherung A.G.

*Stipulation and Order Modifying Case Schedule - (2:14-cv-00545-RSL) - 3*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Tel: (206) 623-1745 Fax: (206) 623-7789

**ORDER**

IT IS SO ORDERED

DATED this 24th day of January, 2017.

*[signature]*

THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

*Stipulation and Order Modifying Case Schedule - (2:14-cv-00545-RSL) - 4*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Tel: (206) 623-1745 Fax: (206) 623-7789