THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for Washington Mutual Bank,<br><br>                  Plaintiff,<br><br>   v.<br><br>ARCH INSURANCE COMPANY, NU FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and LLOYD'S SYNDICATE #S 2987, 2000 and 382 and WUERTTEMBERGISCHE VERSICHERUNG A.G. 202388900007 as subscribers to the LLOYD'S POLICY and the COMPANIES INSURANCE POLICY NO. 509/QA015607,<br><br>                  Defendants. | No. 2:14-cv-00545-RSL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO FILE OVER-LENGTH CONSOLIDATED BRIEF** |

This matter comes before the Court on Plaintiff's Motion to File Over-Length Consolidated Brief (the "Motion"). Having considered the Motion, and having considered the record in this action, it is hereby ORDERED that Plaintiff's Motion is GRANTED. Plaintiff shall file one consolidated brief in opposition to Defendants' summary judgment motions, not to exceed sixty pages.

DONE THIS 11th day of May, 2017.

*[signature]*

Robert S. Lasnik
United States District Judge