The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for Washington Mutual Bank,<br><br>Plaintiff,<br><br>v.<br><br>ARCH INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and LLOYD'S SYNDICATE NOS. 2987, 2000 and 382 and WUERTTEMBERGISCHE VERSICHERUNG A.G. 202388900007 as subscribers to the LLOYD'S POLICY and the COMPANIES INSURANCE POLICY NO. 509/QA015607,<br><br>Defendant. | No. 14-cv-00545-RSL<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT<br><br>Note on Motion Calendar: Friday, May 12, 2017 |

## STIPULATION

The parties to this action, by and through their undersigned counsel, stipulate and agree as follows:

1. On March 30, 2017, Defendants filed their Motions for Summary Judgment, Dkt. #97, #118, and #120, and noted the motions for April 21, 2017.

2. After reaching agreement with Plaintiff's counsel on the briefing schedule below, Defendants re-noted their Motions for Summary Judgment for June 16, 2017.

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING
SCHEDULE FOR DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT
(14-cv-00545-RSL) - 1
NG-S40TG52V 4827-1717-5368v.1 0093708-000024

Davis Wright Tremaine LLP
LAW OFFICES
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201-5610
503.241.2300 main · 503.778.5299 fax

3. Plaintiff shall have until May 22, 2017 in which to file Plaintiff's response brief to the Motions for Summary Judgment.

4. Defendants shall have until June 16, 2017 in which to file their reply briefs in support of their Motions for Summary Judgment.

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED this 23rd day of May, 2017.

DAVIS WRIGHT TREMAINE LLP

By_____s/Everett W. Jack, Jr._____
Everett W. Jack, Jr., WSBA No. 06298
Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, PA

SEDGWICK LLP

By_____s/Robert A. Meyers_____
Robert A. Meyers, WSBA No. 24846
Eugene V. Elsbree III
Attorneys for Defendants Certain Underwriters at Lloyd's, London and Wuerttembergische Versicherung A.G.

HILLIS CLARK MARTIN & PETERSON P.S.

By_____s/Michael R. Scott_____
Michael R. Scott, WSBA #12822
Jake Ewart, WSBA #38655
Attorneys for Plaintiff Federal Deposit Insurance Corporation

REED SMITH LLP

By_____s/Barry S. Rosen_____
Barry S. Rosen
Duane F. Sigelko
Denise M. Ware
Attorneys for Plaintiff Federal Deposit Insurance Corporation

THORSRUD CANE & PAULICH

By_____s/Russell C. Love_____
Russell C. Love, WSBA No. 08941
Attorneys for Defendant Arch Insurance Company

CLYDE & CO US LLP

By_____s/Alec H. Boyd_____
Alec H. Boyd
Kim W. West
Attorneys for Defendant Arch Insurance Company

**IT IS SO ORDERED.**

DATED this 31st day of ___May___, 2017.

_____
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING
SCHEDULE FOR DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT
(14-cv-00545-RSL) - 2
NG-S40TG52V 4827-1717-5368v.1 0093708-000024

Davis Wright Tremaine LLP
LAW OFFICES
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201-5610
503.241.2300 main · 503.778.5299 fax