The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for Washington Mutual Bank,<br><br>Plaintiff,<br><br>v.<br><br>ARCH INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and LLOYD'S SYNDICATE NOS. 2987, 2000 and 382 and WUERTTEMBERGISCHE VERSICHERUNG A.G. 202388900007 as subscribers to the LLOYD'S POLICY and the COMPANIES INSURANCE POLICY NO. 509/QA015607,<br><br>Defendant. | No. 14-cv-00545-RSL<br><br>STIPULATED MOTION AND ORDER REGARDING DEADLINES FOR EXPERT DISCOVERY |

## **STIPULATION**

The Parties to this action, by and through their undersigned counsel, request that the Court modify the Amended Order Setting Trial Date and Related Dates (dkt #149) to adjust the dates for expert disclosures and expert depositions. This motion will not change the current deadlines for dispositive motions or the trial date. Expert reports are currently due December 6, 2017, with discovery set to close February 4, 2018. The parties believe their expert reports should take into account the full scope of fact discovery. The parties have conducted a number

STIPULATED MOTION AND ORDER REGARDING DEADLINES FOR
EXPERT DISCOVERY
(14-cv-00545-RSL) - 1
4833-9390-1393v.1 0093708-000024

Davis Wright Tremaine LLP
LAW OFFICES
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201-5610
503.241.2300 main · 503.778.5299 fax

of depositions and are working to schedule the remaining fact depositions of witnesses spread throughout the country. Accordingly, the Parties request that the deadline for expert reports be moved to January 20, 2018 and that depositions of experts be completed by February 20, 2018. In addition, the Parties request that the deadline for the settlement conference be extended by ten days, from February 18, 2018, to February 28, 2018. This short extension will allow the Parties to have the benefit of the expert depositions prior to the settlement conference.

If granted, this Motion would make the following indicated changes to the Court's prior case schedule:

| **TRIAL DATE** | **June 4, 2018** |
|---|---|
| Reports from expert witnesses under FRCP 26(a)(2) due | ~~December 6, 2017~~ January 20, 2018 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2) | |
| Fact Discovery completed by | February 4, 2018 |
| Expert depositions completed by | February 20, 2018 |
| Settlement conference held no later than | February ~~18~~28, 2018 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3)) | March 6, 2018 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter. Replies will be accepted. | May 7, 2018 |
| Agreed pretrial order due | May 23, 2018 |
| Pretrial conference to be scheduled by the Court | |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | May 30, 2018 |

STIPULATED MOTION AND ORDER REGARDING DEADLINES FOR EXPERT DISCOVERY
(14-cv-00545-RSL) - 2
4833-9390-1393v.1 0093708-000024

Davis Wright Tremaine LLP
LAW OFFICES
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201-5610
503.241.2300 main · 503.778.5299 fax

| Length of Trial: 10-15 days | Jury |
|---|---|

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED this 16th day of October, 2017.

| DAVIS WRIGHT TREMAINE LLP | SEDGWICK LLP |
|---|---|
| By  *s/Everett W. Jack, Jr.*<br>    Everett W. Jack, Jr., WSBA No. 06298<br>Attorneys for Defendant National Union Fire<br>Insurance Company of Pittsburgh, PA | By  *s/Robert A. Meyers*<br>    Robert A. Meyers, WSBA No. 24846<br>    Eugene V. Elsbree III<br>Attorneys for Defendants Certain Underwriters at Lloyd's, London and Wurttembergische Versicherung A.G. |
| HILLIS CLARK MARTIN & PETERSON P.S. | REED SMITH LLP |
| By  *s/Michael R. Scott*<br>    Michael R. Scott, WSBA #12822<br>    Jake Ewart, WSBA #38655<br>Attorneys for Plaintiff Federal Deposit Insurance Corporation | By  *s/Barry S. Rosen*<br>    Barry S. Rosen<br>    Duane F. Sigelko<br>    Denise M. Ware<br>Attorneys for Plaintiff Federal Deposit Insurance Corporation |
| CLYDE & CO US LLP | BETTS PATTERSON & MINES |
| By  *s/Alec H. Boyd*<br>    Alec H. Boyd<br>    Kim W. West<br>Attorneys for Defendant Arch Insurance Company | By  *s/ Herbert Matthew Munson*<br>    Herbert Matthew Munson<br>Attorneys for Defendant Arch Insurance Company |

**IT IS SO ORDERED.**

DATED this 17th day of October, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER REGARDING DEADLINES FOR
EXPERT DISCOVERY
(14-cv-00545-RSL) - 3
4833-9390-1393v.1 0093708-000024

Davis Wright Tremaine LLP
LAW OFFICES
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201-5610
503.241.2300 main · 503.778.5299 fax