UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ARCH INSURANCE COMPANY, *et al*,<br><br>　　　　　　Defendants. | Civil Case No. C14-0545RSL<br><br>ORDER DENYING DEFENDANT NATIONAL UNION'S MOTION FOR SUMMARY JUDGMENT |

This matter comes before the Court on "Defendant National Union's Motion for Summary Judgment." Dkt. # 118. National Union is an excess insurer on a financial institution blended policy issued to Washington Mutual Bank ("WaMu") starting in May 2006. It seeks a summary determination (a) that the claimed losses are indirect and do not trigger coverage under the terms of the policy and (b) that the policies do not cover fraudulent mortgages originated prior to the policy period. For the reasons stated in the "Order Denying Defendants Arch Insurance Company's Motion for Summary Judgment," of even date, the motion is DENIED.

Dated this 13th day of November, 2017.

*MW S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANT
NATIONAL UNION'S MOTION
FOR SUMMARY JUDGMENT - 1