THE HONORABLE ROBERT S. LASNIK

1

2

3

4

5

6       **UNITED STATES DISTRICT COURT**
        **WESTERN DISTRICT OF WASHINGTON**
7                    **AT SEATTLE**

8   FEDERAL DEPOSIT INSURANCE
    CORPORATION as Receiver for Washington
9   Mutual Bank,                                    Case No. 2:14-cv-00545 RSL

10                                                  **STIPULATED MOTION AND**
                    Plaintiff,                      **[PROPOSED] ORDER REGARDING**
11                                                  **RESETTING CERTAIN DISCOVERY**
                                                    **AND MEDIATION DEADLINES**
12       v.
                                                    **NOTE ON MOTION CALENDAR:**
13  ARCH INSURANCE COMPANY,                         **January 5, 2018**
    NATIONAL UNION FIRE INSURANCE
    COMPANY OF PITTSBURGH, PA, and
14  LLOYD'S SYNDICATE NOS. 2087, 2000
    and 382 and WUERTTEMBERGISCHE
15  VERSICHERUNG A.G. 2023889000007 as
    subscribers to the LLOYD'S POLICY and the
16  COMPANIES INSURANCE POLICY NO.
    509/QA015607,
17
                    Defendants.
18

19                    **STIPULATION**

20          The Parties to this action, by and through their undersigned counsel, jointly request that the

21  Court modify the Amended Order Setting Trial Date and Related Dates (dkt #183) to extend

22  certain discovery deadlines and the mediation deadline in light of developments in this case.

23          First, the parties would like to extend the settlement conference deadline by one day, i.e.,

24  from February 28, 2018 to March 1, 2018, to accommodate mediator Jed Melnick's schedule.

25  Second, the parties would like to extend the discovery cutoff and expert discovery deadlines due to

26  practical and logistical issues associated with preserving testimony for trial from third party

27  witnesses and production of historic documents concerning events that occurred at a bank that no

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
(415) 365-9800

1    longer exists.  More specifically, the witnesses in this case are being asked to recall events and

2    interpret documents that occurred in 2007 and earlier.  Many of the witnesses are unavailable for

3    trial, none work for Washington Mutual Bank at this time, the witnesses are spread across the

4    country, there are logistical issues associated with scheduling their depositions, and the

5    depositions are for trial testimony.  Likewise, the FDIC-R has had logistical issues in locating and

6    producing historic documents, and it has obtained additional documents that it is currently in the

7    process of reviewing and producing relevant to certain witnesses.  Accordingly, the parties need

8    additional time to complete its trial depositions, and experts will rely upon this testimony.  The

9    parties have worked diligently to conduct eleven depositions (most of them in the past three

10   months) in South Carolina, Florida, Washington, and Wisconsin.  Additional depositions are

11   scheduled in New York, London, Missouri, Texas and Oklahoma.  The parties believe that they

12   can complete their work within the proposed deadlines, and they are focused on preparing the case

13   for a trial in June.

14        If granted, this Motion would make the following indicated changes to the Court's prior

15   case schedule:

| TRIAL DATE | June 4, 2018 |
| --- | --- |
| Reports from expert witnesses under FRCP 26(a)(2) due | ~~January 20, 2018~~ February 23, 2018 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2) | |
| Fact Discovery completed by | ~~February 4, 2018~~ February 28, 2018 |
| **Supplemental/rebuttal reports from experts** | **March 9, 2018** |
| Expert depositions completed by | ~~February 20, 2018~~ March 23, 2018 |

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING DEADLINE FOR SETTLEMENT
CONFERENCE

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
(415) 365-9800

| | |
|---|---|
| Settlement conference held no later than | ~~February 28, 2018~~<br><br>**March 1, 2018** |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3)) | ~~March 6, 2018~~<br><br>**March 23, 2018** |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the <u>second</u> Friday thereafter.<br><br>Replies will be accepted. | May 7, 2018 |
| Agreed pretrial order due | May 23, 2018 |
| Pretrial conference to be scheduled by the Court | |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | May 30, 2018 |
| Length of Trial: 10-15 days | Jury |

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED this 21st day of January, 2018.

DAVIS WRIGHT TREMAINE LLP

By___*s/Everett W. Jack, Jr.*___
Everett W. Jack, Jr., WSBA No. 06298
Attorneys for Defendant National Union Fire
Insurance Company of Pittsburgh, PA


HILLIS CLARK MARTIN & PETERSON P.S.

By___*s/Michael R. Scott*___
Michael R. Scott, WSBA #12822
Jake Ewart, WSBA #38655
Attorneys for Plaintiff Federal Deposit
Insurance Corporation

SEDGWICK LLP

By___*s/Robert A. Meyers*___
Robert A. Meyers, WSBA No. 24846
David Rhodes, *pro hac vice*
Attorneys for Defendants Certain Underwriters
at Lloyd's, London and Wurttembergische
Versicherung A.G.


REED SMITH LLP

By___*s/Barry S. Rosen*___
Barry S. Rosen
Duane F. Sigelko
Denise M. Ware
Attorneys for Plaintiff Federal Deposit
Insurance Corporation

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING DEADLINE FOR SETTLEMENT
CONFERENCE

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
(415) 365-9800

1

BETTS PATTERSON & MINES                CLYDE & CO US LLP

2

By____s/ Herbert Matthew Munson_____      By____s/Alec H. Boyd_____
      Herbert Matthew Munson, WSBA No. 32019        Alec H. Boyd

3

Attorneys for Defendant Arch Insurance            Kim W. West
Company                                    Attorneys for Defendant Arch Insurance

4

                                           Company

5

SHOEMAKER GHISELLI & SCHWARTZ LLC

6

7

By___s/Andrew Shoemaker_____
      Paul Schwartz

8

      Andrew Shoemaker
Attorneys for Plaintiff Federal Deposit

9

Insurance Corporation

10

11

12

13

**IT IS SO ORDERED.**
DATED this 8ᵗ day of _January____, 2018.

14

15

16

THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING DEADLINE FOR SETTLEMENT
CONFERENCE

CLYDE & CO US LLP
101 Second Street, 24ᵗʰ Floor
San Francisco, California 94105
(415) 365-9800