THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for Washington Mutual Bank,<br><br>Plaintiff,<br><br>v.<br><br>ARCH INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and LLOYD'S SYNDICATE NOS. 2987, 2000 and 382 and WUERTTEMBERGISCHE VERSICHERUNG A.G. 202388900007 as subscribers to the LLOYD'S POLICY and the COMPANIES INSURANCE POLICY NO. 509/QA015607,<br><br>Defendants. | No. 2:14-cv-00545-RSL<br><br>**STIPULATED MOTION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Noting Date: September 7, 2018 |

Plaintiff Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, ("FDIC-R"), and Defendants Arch Insurance Company, National Union Fire Insurance Company of Pittsburg, PA, Lloyd's Syndicate NOS 2987, 2000 and 382 and Wuerttembergische Versicherung A. G. 202388900007 as subscribers to the Lloyd's Policy No. 509/QA015607 (collectively with FDIC-R, the "Parties"), by and through their respective

STIPULATED MOTION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE - 1
4832-1216-1649v.1 0093708-000024

Davis Wright Tremaine LLP
LAW OFFICES
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201-5610
503.241.2300 main · 503.778.5299 fax

undersigned attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, with the Parties to each bear their own attorney's fees, costs, and expenses incurred in this action.

RESPECTFULLY SUBMITTED this 7th day of September, 2018.

| | |
|---|---|
| **SHOEMAKER GHISELLI & SCHWARTZ LLC** | **CLYDE & CO US LLP** |
| By _s/Paul H. Schwartz_<br>   Paul H. Schwartz<br>   Attorneys for Plaintiff Federal Deposit Insurance Corporation | By _s/Alec H. Boyd_<br>   Alec H. Boyd<br>   Kim W. West<br>   Attorneys for Defendant Arch Insurance Company |
| **DAVIS WRIGHT TREMAINE LLP** | **CLYDE & CO US LLP** |
| By _s/Everett W. Jack, Jr._<br>   Everett W. Jack, Jr., WSBA No. 47076<br>   Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, PA | By _s/Robert A. Meyers_<br>   Robert A. Meyers, WSBA No. 24846<br>   Attorneys for Defendants Certain Underwriters at Lloyd's, London and Wuerttembergische Versicherung A.G. |

## [PROPOSED] ORDER

Based on the parties' stipulation above, IT IS ORDERED and ADJUDGED, that this action is dismissed with prejudice, and with the Parties to each bear their own attorney's fees, costs, and expenses incurred in this action.

Dated this 11th day of Sept., 2018.

_[signature]_

THE HONORABLE ROBERT S. LASNIK
U.S. DISTRICT COURT JUDGE

STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE - 2
4832-1216-1649v.1 0093708-000024

Davis Wright Tremaine LLP
LAW OFFICES
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201-5610
503.241.2300 main · 503.778.5299 fax